# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **ALFREDRICK ELLIS**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15 C 6507 |
| ) | |
| **THOMAS J. DART,** Cook County Sheriff, ) | |
| Superintendent, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

On August 7, 2015 this Court issued a brief memorandum order ("Order") in this action brought pro se by County Jail prisoner Alfredrick Ellis ("Ellis") that expressly apprised Ellis of the respects in which he was delinquent in satisfying the requirements imposed by 28 U.S.C. § 1915 ("Section 1915"). As the Order specified, Ellis had to provide two things: an identification of "the date on which Ellis either mailed his papers to this District Court or delivered them to the County Jail authorities to do the mailing for him" and a printout reflecting all transactions in his trust fund account at the County Jail for the six-month period preceding that date.

Those two things were ordered to be provided on or before August 24, which the Order identified as "a more than ample time frame," failing which the Order specified that "both the Complaint and this action will be dismissed for violation of a court order." Now August 24 has come and gone without Ellis having complied with the Order's unambiguous directions. As forecast in the Order, this Court indeed dismisses both the Complaint and this action.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 26, 2015