# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **ALFREDRICK ELLIS**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15 C 6507 |
| ) | |
| **THOMAS J. DART,** Cook County Sheriff, ) | |
| Superintendent, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

On August 26, 2015 this Court issued a brief memorandum order dismissing both the Complaint and this action because of the failure by pro se County Jail prisoner Alfredrick Ellis ("Ellis") to comply with the earlier memorandum order of August 7 that had specified Ellis' delinquency in satisfying the requirements imposed by 28 U.S.C. § 1915. But on the following day (August 27) the Clerk's Office delivered to this Court's chambers copies of some documents (including a motion for attorney representation, Dkt. No. 8) that Ellis had filed before the entry of the dismissal order that called for its modification (even though Ellis had not yet provided everything that was needed before his lawsuit could be permitted to go forward). This Court then entered an August 31 memorandum order that gave Ellis until September 23 to provide the missing information. Because Ellis did not carry out his responsibilities in that respect, the dismissal of the action remained in effect.

In the meantime, however, this Court's August 26 memorandum order had been accompanied by a minute entry denying Ellis' earlier-filed motion for attorney representation (Dkt. No. 4) as moot, but (as indicated earlier) by then he had filed the later Dkt. No. 8 motion

for attorney representation on August 24, of which filing this Court was unaware. To clear the docket this Court now orders the denial (again on mootness grounds) of that Dkt. No. 8 motion.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 7, 2015